# United States Bankruptcy Court

## SOUTHERN District of NEW YORK

**In re**

Braskem America Finance Company

Bankruptcy Case No.

**Debtor.**
Social Security No.:
Employer Tax I.D. No.: 45-2691581

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named Debtor:**

A petition under title 11, United States Code was filed against you on October 21, 2026 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the Clerk: United States Bankruptcy Court
One Bowling Green
New York, New York 10004
www.nysb.uscourts.gov

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

Name and Address of Petitioner's Attorney
Daniel A. Fliman, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011 (c) . If you fail to respond to this Summons, an order for relief will be entered.

*Clerk of the Bankruptcy Court*

By: *Deputy Clerk*

*Date*

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.