CLEARY GOTTLIEB STEEN & HAMILTON LLP
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for the Alleged Debtor Braskem America Finance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-12495 (MEW) |
| Braskem America Finance Company, | ) | |
| | ) | Chapter 11 |
| Alleged Debtor. | ) | |
| | ) | |

**NOTICE OF REMOTE PRE-MOTION CONFERENCE**

**PLEASE TAKE NOTICE** that, on November 3, 2026, Braskem America Finance Company (the "Alleged Debtor") filed a letter with the Court requesting a pre-motion conference ("Pre-Motion Conference") pursuant to Rule 7037-1(b) of the Local Bankruptcy Rules for the Southern District of New York [Docket No. 7].

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the Pre-Motion Conference for **November 10, 2026 at 11:00 a.m**. (prevailing Eastern Time) before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the Pre-Motion Conference should use the eCourt Appearances link on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. The Court will circulate by email prior to the Pre-Motion Conference the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to

listen to, but not participate in, the Pre-Motion Conference free of charge may do so by registering for the Pre-Motion Conference through the eCourt Appearances link on the Court's website.

Dated: November 4, 2026
New York, New York

/s/ *Thomas S. Kessler*
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the Alleged Debtor Braskem America Finance Company*